IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN LAWRENCE GARDUNO,

    Petitioner,                                No. CIV S-11-1835 GGH P

    vs.

MIKE D. McDONALD,

    Respondent.                           <u>ORDER</u>

/

        Petitioner, a prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, together with applications to proceed in forma pauperis and to stay proceedings. Petitioner, who is the only appearing party in this action, has consented to this court's jurisdiction. (Doc. No. 4).

        Petitioner has another petition pending in this court in which he challenges the same 2009 conviction and sentence that is the subject of the instant petition. <u>See</u> <u>Garduno v. McDonald</u>, CIV-S-11-0469 CKD P.

        Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Magistrate Judge who is considering the previously-filed petition.

        The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Magistrate Judge who is considering the

1

1 previously-filed petition; no consolidation of the actions is effected.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1. This action, and all pending motions, are reassigned to Magistrate Judge Delaney for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. CIV S-11-1835 CKD P; and

6         2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

8 DATED: October 19, 2011

                       /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

11 GGH:rb
gard1835.190