IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN LAWRENCE GARDUNO,

    Petitioner,                    No. CIV S-11-1835 CKD P

    vs.

MICHAEL D. MCDONALD,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a California prisoner proceeding pro se, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. He challenges convictions entered in the Superior Court of Sacramento County in 2009.

        A review of court records in <u>Garduno v. McDonald</u>, CIV-S-11-0469 CKD P reveals that petitioner has a petition for writ of habeas corpus pending in this court in which he also challenges his 2009 Sacramento County convictions. Pursuant to the Ninth Circuit Court of Appeals' decision in <u>Woods v. Carey</u>, 525 F.3d 886, 890 (9th Cir. 2008), the court will order that the petition filed in this case be identified as an "amended petition" and filed in CIV-S-11-0469 CKD P. Petitioner has filed a motion for a stay in this action which will also be transferred to CIV-S-11-0469 CKD P. The court will order that this case be closed.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's July 14, 2011 motion to proceed in forma pauperis is denied;

2. The Clerk of the Court rename the petition for writ of habeas corpus filed in this case "Amended Petition" and file it, and petitioner's September 14, 2011 motion for a stay, in CIV-S-11-0469 CKD P; and

2. This case is closed.

Dated: October 24, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gard1835.trn